725 A.2d 1115

IN THE MATTER OF HERBERT M. KORN,
AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on November 23, 1998, having filed with the Court its decision concluding that **HERBERT M. KORN** of **MORRISTOWN,** who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) and (b) (failure to segregate and safeguard funds of another), *RPC* 1.15(d) (failure to comply with recordkeeping rules), and *Rule* 1:21–6 (recordkeeping);

And the Disciplinary Review Board having further concluded that respondent should be required to pay to New Jersey Manufacturers Insurance Company the sum of $2,325 to satisfy in full the lien that had been compromised in the *Sylvester* matter;

And good cause appearing;

It is ORDERED that **HERBERT M. KORN** is hereby reprimanded; and it is further

ORDERED that within sixty days after the filed date of this Order respondent shall pay to New Jersey Manufacturers Insurance Company the sum of $2,325 to satisfy in full the compromised lien in the *Sylvester* matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.